IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ZIMMER, | Case No.: 3:14-CV-04775-EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SAN FRANCISCO HOUSING AUTHORITY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference is rescheduled to February 10, 2015, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint status conference statement shall be filed no later than February 3, 2015.

**IT IS SO ORDERED.**

Dated: January 5, 2015

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge