RANDALL J. LEE, State Bar No. 144220
rlee@wfbm.com
ANNE C. GRITZER, State Bar No. 172496
agritzer@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:   (415) 391-6258

Attorneys for Defendants:
San Francisco Housing Authority, Charice Jackson, Paulette Boyd, Tony Uciferri, Nicole-McCray Dickinson, Maria Gonzalez and Alyah Allen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA ZIMMER,<br><br>           Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY; EXECUTIVE DIRECTOR IN OFFICIAL CAPACITY AND IN INDIVIDUAL CAPACITY; MS. CHARICE JACKSON; MS. PAULETTE BOYD; MR. TONY UCIFFERI; MS. MARIA GONZALEZ; MS. ALYAH ALLAN; MS. NICOLE McCRAY-DICKINSON; AND JOHN AND JANE DOES 1-25,<br><br>           Defendants. | Case No. 3:14-CV-04775-EDL<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO DEFENDANTS TO REDACT PLAINTIFF'S "UNIQUE IDENTIFIER" INFORMATION: -- PLAINTIFF'S PERSONAL E-MAIL ADDRESSES PRIOR TO FILING DOCUMENTS WHICH CONTAIN THIS INFORMATION, INTO PUBLIC COURT FILE |

On December 30, 2015, *pro se* plaintiff LISA ZIMMER filed a motion for protective order seeking defendants to redact plaintiff's "'unique identifier' (sic) information, : -- plaintiff's personal e-mail addresses --" prior to filing documents which contain this information, into public court file.

Defendants SAN FRANCISCO HOUSING AUTHORITY, the "EXECUTIVE DIRECTOR, in official capacity and in individual capacity," CHARICE JACKSON, PAULETTE BOYD, TONY UCIFERRI, NICOLE-

MCCRAY DICKINSON, MARIA GONZALEZ AND ALYAH ALLAN (collectively "Defendants") filed a conditional non-opposition to the motion and requested reciprocal relief.   To the extent that Plaintiff seeks to have her email address redacted from any exhibit filed with the court, the Court GRANTS this request and ORDERS Plaintiff and Defendants to redact the email addresses of Plaintiff, each defendant, and any other employee of the San Francisco Housing Authority.

As to the broader motion to redact "unique identifier (sic) information," the Court DENIES this request in that Plaintiff has failed to identify with specificity what additional information she seeks to have redacted.  Civil L.R. 79-5(b).

**IT IS SO ORDERED.**

Dated: January 12, 2015

_____
ELIZABETH D. LAPORTE
United States ~~Chief~~ Magistrate Judge