1  RANDALL J. LEE, State Bar No. 144220
   rlee@wfbm.com
2  ANNE C. GRITZER, State Bar No. 172496
   agritzer@wfbm.com
3  WFBM, LLP
   601 Montgomery Street, Ninth Floor
4  San Francisco, California 94111-2612
   Telephone:  (415) 781-7072
5  Facsimile:   (415) 391-6258

6  Attorneys for Defendants:
   San Francisco Housing Authority, Charice
7  Jackson, Paulette Boyd, Tony Uciferri,
   Nicole-McCray Dickinson, Maria
8  Gonzalez and Alyah Allen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA ZIMMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO HOUSING AUTHORITY; EXECUTIVE DIRECTOR IN OFFICIAL CAPACITY AND IN INDIVIDUAL CAPACITY; MS. CHARICE JACKSON; MS. PAULETTE BOYD; MR. TONY UCIFFERI; MS. MARIA GONZALEZ; MS. ALYAH ALLAN; MS. NICOLE McCRAY-DICKINSON; AND JOHN AND JANE DOES 1-25,<br><br>　　　　Defendants. | Case No. 3:14-CV-04775-EDL<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO ORDER DEFENDANTS TO FILE PLAINTIFF'S MEDICAL DOCUMENTS 'UNDER SEAL' / AND REDACT MEDICAL INFORMATION THAT IS 'CONTAINED' IN DOCUMENTS / COURT DOCUMENTS** |

On December 30, 2015, *pro se* plaintiff LISA ZIMMER filed a motion for protective order to order defendants to file plaintiff's medical documents "under seal / and redact medical information that is contained in documents / court documents.

Defendants SAN FRANCISCO HOUSING AUTHORITY, the "EXECUTIVE DIRECTOR, in official capacity and in individual capacity," CHARICE JACKSON, PAULETTE BOYD, TONY UCIFERRI, NICOLE-MCCRAY DICKINSON, MARIA GONZALEZ AND ALYAH ALLAN

-1-   Case No. 3:14-CV-04775-EDL

1  (collectively "Defendants") opposed the motion.

2  The Court has considered the motion and finds that the motion is premature. The Court also finds that the motion has not identified the records and information which Plaintiff seeks to protect with sufficient specificity and further finds that the motion is not supported by declaration or exhibits, specifically, it is not supported with copies of the documents for which Plaintiff seeks to file under seal and with redaction in the Court's file of record.  Civil L.R. 79-5(b), (d)(1)(A).  Accordingly, the Court DENIES Plaintiff's motion without prejudice.  The parties are encouraged to consider entering into a stipulated protective order, a sample of which can be found on the Court's website.

**IT IS SO ORDERED.**

Dated:  January 12, 2015

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge