IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ZIMMER,<br><br>   Plaintiff,<br><br>v.<br><br>S.F. HOUSING AUTHORITY, et al.,<br><br>   Defendants. | No. C-14-04775 EDL<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL WITHOUT PREJUDICE** |

Plaintiff Lisa Zimmer filed her complaint on October 27, 2014, along with an application to proceed in forma pauperis. The Court granted Plaintiff's request to proceed in forma pauperis. On January 13, 2015, Plaintiff filed a motion for appointment of counsel. The Court has discretion to appoint counsel for an indigent plaintiff where it finds "exceptional circumstances." See 28 U.S.C. § 1915(e)(1); Terrell v. Brewer, 935 F.2d 1015, 1017(9th Cir. 1990); see also 42 U.S.C. § 3613(b)(1) (court may appoint attorney for person alleging discriminatory housing practice). A determination that a case involves exceptional circumstances requires an evaluation of both the merits of the case and the ability of the pro se plaintiff to articulate his claims in light of the complexity of the legal issues involved. Id. Having reviewed Plaintiff's complaint and opposition to Defendants' pending motion to dismiss, the Court does not find Plaintiff's complaint to be "exceptional." Further, at this early stage, the Court cannot determine whether the case has merit or whether complex legal issues warrant the appointment of counsel. Accordingly, the request for appointment of counsel is denied without prejudice.

Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415)782-8982 or signing up for an appointment on

the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: 1/21/15

ELIZABETH D. LAPORTE

United States Magistrate Judge