**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA ZIMMER,

    Plaintiff,

v.

S.F. HOUSING AUTHORITY, et al.,

    Defendants.

No. C -14-04775(EDL)

**ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on Defendant's Motion to Dismiss and the Case Management Conference are rescheduled to February 11, 2015, at 9:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: January 22, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge