UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ZIMMER,<br><br>           Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>           Defendants. | Case No.  14-cv-04775-EDL<br><br>**ORDER DISMISING CASE**<br><br>Re: Dkt. No. 39 |

On February 2, 2015, Plaintiff filed a Motion to Dismiss, seeking to dismiss her case. Accordingly, Plaintiff's case is dismissed. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated:  February 3, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge