1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   LISA ZIMMER,                              Case No.  14-cv-04775-EDL
              Plaintiff,
8
        v.                                    **ORDER GRANTING PLAINTIFF'S**
9                                             **MOTION TO REMOVE/REDACT**
    SAN FRANCISCO HOUSING               **CONFIDENTIAL INFORMATION**
10  AUTHORITY, et al.,
                                              Re: Dkt. No. 42
11            Defendants.

12          On February 2, 2015, Plaintiff filed a "Motion to Remove/Redact Confidential Sensitive

13  Information of Plaintiff's that Defendant Put into Court Documents and Filed in the Public Court

14  File."  Plaintiff seeks to redact a short, four-word phrase that appears twice on page three of a joint

15  statement filed on January 27, 2015.

16          Good cause appearing, Plaintiff's motion is granted.  The Court will block access to the

17  joint statement filed on January 27, 2015.  Defendant shall refile the statement with the phrases

18  redacted no later than February 20, 2015.  It is unclear whether Plaintiff has served the document

19  containing the phrases to Defendant, so Plaintiff shall inform Defendant in writing of the two short

20  phrases contained in the "Page Identifying the Medical Information to be Filed Under Seal" that

21  was filed with the Court.

22          **IT IS SO ORDERED**.

23  Dated: February 12, 2015

24                                            _____
                                              ELIZABETH D. LAPORTE
25                                            United States Magistrate Judge

26

27

28

*United States District Court*
*Northern District of California*